IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GREG HEUERMANN,**

**Plaintiff,**

**v.**

**ANDES HEALTHMART,**

**Defendant.**                                              **No. 11-0629-DRH**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that defendant has not filed the required Rule 7.1 disclosure. Thus, the Court **DIRECTS** defendant to file the disclosure on or before November 1, 2011.

**IT IS SO ORDERED.**

Signed this 25th day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.25 09:10:15 -05'00'

**Chief Judge**
**United States District Court**