IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GREG HEUERMANN,**

**Plaintiff,**

**v.**

**ANDES HEALTHMART,**

**Defendant.**                                        No. 11-0629-DRH

ORDER

**HERNDON, Chief Judge:**

Now before the Court is plaintiff's motion for leave to file first amended complaint (Doc. 17). The Court **GRANTS** the motion. The Court **DIRECTS** plaintiff to file his first amended complaint instanter. Further, the Court **DENIES as moot** defendant's motion to dismiss count II of plaintiff's complaint (Doc. 7).

**IT IS SO ORDERED.**

Signed this 5th day of December, 2011.

David R. Herndon
2011.12.05
10:29:56 -06'00'

**Chief Judge**
**United States District Court**