UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**GREG HEUERMANN**,

    **Plaintiff,**

v.

**G.M. ANDES LTD,**

    **Defendant.**                      No. 11-cv-629-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion for Summary Judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary Judgment entered on February 28, 2013, this case is **DISMISSED** with prejudice. Judgment is entered in favor of defendant G.M. Andes LTD and against plaintiff Greg Heuermann.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:     /s/*Sara Jennings*
                                                     **Deputy Clerk**

Dated: February 28, 2013

Digitally signed by David R. Herndon
Date: 2013.02.28 13:44:41 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT